UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEAZER EAST, INC., formerly known as Koppers Company, Inc., )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>TRAVELERS INDEMNITY COMPANY, et al., )<br>)<br>)<br>Defendants. ) | Civil Action No. 03-0794<br><br>Judge Lancaster |

ORDER

AND NOW, on this 28th day of Feb, 2006, having considered the parties' joint stipulation of dismissal with prejudice, it is HEREBY ORDERED that this action (including all claims, counterclaims, and cross-claims by or against any party) is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

_____
Lancaster, J.

PII-1134118v1